O

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO JESUS DE LA FUENTE, | NO. EDCV-25-01719-CAS (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. Court mail to Petitioner has continued to be returned as undeliverable by the postal service. (Dkt. No. 15.) Petitioner has not filed a notice of change of address as required under Local Rule 41-6.

    The Court accepts the findings and recommendation of the Report.

    IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action without prejudice for

1  failure to exhaust claims in state court.  This Court takes no position on whether a
2  subsequent petition would be timely or otherwise procedurally proper.

DATED:  November 6, 2025

*Christina A. Snyder*
—————————————
CHRISTINA A. SNYDER
United States District Judge