JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO JESUS DE LA FUENTE, <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | NO. EDCV-25-01719-CAS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed without prejudice for failure to exhaust claims in state court. This Court takes no position on whether a subsequent petition would be timely or otherwise procedurally proper.

DATED: November 6, 2025

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge